# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2014

147727(70)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DANNY EPPS and JOYCE EPPS,
   Plaintiffs-Appellees/
   Cross-Appellants,

v

4 QUARTERS RESTORATION, L.L.C.,
DENAGLEN CORP., d/b/a MBM CHECK
CASHING, EMERGENCY INSURANCE
SERVICES, and TROY WILLIS,
   Defendants-Appellants/
   Cross-Appellees,
and

AM ADJUSTING & APPRAISALS, L.L.C.,
MICHAEL N. ANDERSON, JR., HOME
OWNERS INSURANCE COMPANY, PAULA
MATHEWS, MAXIMUM RESTORATION,
L.L.C., AUTO OWNERS INSURANCE
COMPANY, CHARLES WILLIS, and
COMERICA BANK,
   Defendants.
_____/

SC: 147727
COA: 305731
Wayne CC: 09-018323-NO

   On order of the Chief Justice, the motion of plaintiffs-appellees/cross-appellants to extend the time for filing their supplemental brief to August 15, 2014, is GRANTED. The time for filing the supplemental brief of the defendants-appellants/cross-appellees is similarly extended to August 15, 2014.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2014

